# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| CELINA WIEGEL, etc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09 C 7417 |
| STORK CRAFT MANUFACTURING, INC., et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other: Judgment is entered in favor of defendants and against plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge Elaine E. Bucklo on motions for summary judgment.

Date: May 21, 2013

Thomas G. Bruton, Clerk of Court

Ms. Jacquelyn H. Collier
Deputy Clerk